IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Akiel McKnight, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 18-CV-03277-TMC-JDA |
| | ) |
| The Pickens Police Department, the City of Pickens, Travis Riggs, and Dennis Harmon | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' REPORT REGARDING THE STAY OF THE CASE**

Defendants' counsel has learned that the criminal case against Akiel McKnight is being prosecuted by the South Carolina Attorney General's office. McKnight has been indicted on several sexual misconduct charges as well as a misconduct in office charge. The Attorney General was unable to provide any status other than the case is still under investigation.

Defendants ask that, if the court continues the stay, it revisit the issue in 90 days.

Respectfully submitted,

MALONE, THOMPSON, SUMMERS & OTT LLC

/s/ Charles F. Thompson, Jr._
Charles F. Thompson, Jr. (ID # 5969)
Michael D. Malone
Attorneys for Defendant
339 Heyward Street
Columbia, South Carolina 29201
(803) 254-3300

June 25, 2020